AO 91 (Rev. 11/11)   Criminal Complaint

**FILED**
December 12, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AB_____
DEPUTY

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| AASIM RASHED WILSON | ) | Case No.   **SA:24-MJ-1699** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   February, 2024   in the county of   Bexar   in the Western District of   Texas   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and Enticement of a Child |
| | Penalties: 10 year mandatory minimum, Lifetime maximum, Lifetime supervised release, $250,000 fine, $100 special assessment, $5,000 JVTA assessment, Up to $35,000 AVAA, Restitution, Forfeiture, and Registration as a sex offender |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

GLORIA GUTIERREZ   Digitally signed by GLORIA GUTIERREZ
Date: 2025.12.12 08:41:01 -06'00'

*Complainant's signature*

Gloria Gutierrez, FBI Special Agent

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to telephonically and signed electronically.

Date:   December 12, 2025

*Judge's signature*

City and state:   San Antonio, Texas

ELIZABETH CHESTNEY, U.S. MAGISTRATE JUDGE

*Printed name and title*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Gloria M. Gutierrez, being duly sworn, depose and say that:

1. I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") and have been so employed since November 2019. I am currently assigned to the FBI San Antonio Field Office, Child Exploitation and Human Trafficking Task Force. I investigate online crimes against children, including possession, distribution, receipt, and production of child pornography, the online sexual exploitation of children and child abductions. I have received particularized training in the investigation of computer-related crimes, social networking, and online (i.e. Internet based) crimes against children.

2. This affidavit is being submitted in support of an Application for a Criminal Complaint for **AASIM RASHED WILSON.**

3. FBI received information that in February 2024, a 35-year-old man, later identified as Aasim Rashed WILSON, was communicating with a 13-year-old female (hereinafter referred to as CV, child victim) online using a application called SuperLive. During those communications, WILSON told CV he wanted to engage in sexual acts with CV and asked CV to send him sexually explicit images of CV.

4. In March 2024, CV was forensically interviewed and stated she met WILSON, who she knew by his middle name "Rashed" online sometime after Christmas of 2023. CV told WILSON she was only 13 years old. CV thought WILSON would leave her alone after she told him she was 13 years-old, and later that she was in seventh grade; however, he responded it was

fine, nobody had to know, and he could be CV's mentor. A few days later the communications turned sexual; WILSON said, "I want to fuck you," he stated CV was cute, and he did not care about CV's age. WILSON and CV had multiple FaceTime video calls in which WILSON showed CV his "private thing" and instructed CV to lift her shirt and take off her bra, which she did. WILSON told CV to bend over and show him her vagina and CV complied.

5.      CV took off her clothes because WILSON said, "Let me see you naked" and instructed CV to "put her finger in there" meaning in her vagina. CV stated this happened during FaceTime calls and while she was doing those things, WILSON was "stroking it" meaning, "his dick." CV saw that WILSON had tattoos on his back, legs, and chest. CV inserted "something" into her vagina, but WILSON had not asked her to do it. CV saw that WILSON took screenshots of her through FaceTime while she was engaged in sexual acts.

6.      WILSON told CV, "Don't get us caught" and that she had to "protect the brand" which he explained was their relationship. WILSON told CV to download an application to keep pictures in, but it was the same day they got caught, so there were no pictures in it. WILSON told CV the code word was "blue" if there was trouble, such as her parents finding out about him. CV went with the plan when her parents found out about WILSON, but the plan failed.

7.      CV's parent found out about WILSON when the parent witnessed a call coming into CV's phone and the contact listed him as "Dad" and showed an image of an adult man.  CV's mother called WILSON who became angry during the conversation and hung up.

8.      During the forensic interview, CV identified a photo of WILSON and identified the phone number WILSON used to communicate with CV.  When shown a photocopy of a screenshot of a text message from "Dad.[blue heart emoji]" which read, "I wanna... [middle finger emoji]

[pointing index finger emoji], CV identified it as a picture of her phone and that it was WILSON texting her and saying, "I want to fuck you."

9.      When shown a photocopy of a screenshot of a text message from "Dad.[blue heart emoji]" in which he sent a link to an application titled, "Calculator# Hide Photos Videos – Hide Photos, Videos & Secrets", CV stated WILSON sent that to her to hide photos and videos from her parents and he sent it to her the day they "got caught" so she never put any videos or pictures in the application, but she created a Personal Identification Number (PIN) to access the application.

10.      A forensic review of CV's phone as well as information obtained from Apple Inc., pursuant to a search warrant for iCloud accounts associated with WILSON, show text messages between CV's phone number and the phone number identified by CV and which WILSON was using until approximately February 27, 2024. In the text messages, WILSON tells CV to make "nasty videos" and to send them to him and then delete them.  He repeatedly reminds her to also delete all their messages.

11.      WILSON told CV he spent 14 years in prison for a robbery or shooting, that he was 35 years old, and lived in Texas.  WILSON's criminal history shows a conviction in Bexar County, Texas for Aggravated Robbery for which he was sentenced to 15 years imprisonment.

12.      CV explained that WILSON would send her virtual gifts via the online application and recalled that he sent her $29 through Apple Pay.  A forensic review of CV's phone showed her Apple Wallet received $29 from WILSON.  An Apple iCloud account associated with WILSON shows Apple Inc. receipts for purchasing coins in the online application.

13.      On December 11, 2025, the FBI San Antonio Crimes Against Children Task Force executed a federal search warrant at WILSON's residence on Maple Crest, San Antonio, Texas

78261. During the execution of the search warrant, WILSON was provided his rights against self-incrimination which he indicated he understood and agreed to discuss the case with the FBI.

14.    WILSON was shown several screenshots from one of his Apple iCloud accounts. Screenshot #1 depicted the message section of WILSON's SuperLive account. Visible on the screen shot was what appeared to be an active direct video chat with CV, showing the word, "waiting…" indicating WILSON had initiated a video call with CV. Screenshot #2 was a zoomed-in, cropped image of screenshot #1, to see the face of CV more clearly. Screenshot #3 depicted WILSON's SuperLive profile; the profile showed a photograph of WILSON wearing a white Adidas t-shirt, a backwards ballcap, and eyeglasses; his tattooed arm was visible. To the lower left of the screenshot was what appeared to be a live video chat with CV. WILSON stated these three screenshots were of the SuperLive application and that "she" (CV) was "the one" (the minor) he chatted with, using the telephone phone number CV had identified as belonging to WILSON. WILSON stated he terminated that telephone account shortly after he engaged in chats with CV. Phone records show he terminated that telephone account right after CV's mother called and confronted WILSON.

15.    Screenshot #4 was the beginning or ending of a FaceTime telephone call with "Blk or Blu"; screenshot #5 showed a call with "Blu"; and screenshot #6 was an iMessage with "Blk". The message being typed out read, "I'm sorry I hurt your feeling…" which matched text messages identified between WILSON and CV in WILSON's iCloud return, indicating "Blk" was the contact name for CV's cellular telephone number. WILSON stated all these screenshots were of his communications with CV.  Screenshot #5 depicted Honor Roll cards with CV's name on them; WILSON stated they looked like high-school related certificates but did not remember receiving them from CV.

16.    WILSON stated he joined SuperLive for women not children. WILSON had to complete an age verification process to ensure he was over 18 years old to create an account on SuperLive. WILSON began chatting with CV not knowing she was a minor, and that he was trying to help her with some issues.

17.    When shown sexually explicit chats sent from WILSON to CV indicating WILSON knew CV lived with her mom, instructed CV to delete all messages, referenced CV's "young pussy", and gave CV instructions in case they were caught, WILSON stated he thought she was an adult living with her mom, and he did not want to contribute to their relationship issues. WILSON stated that by "young" (referring to "young pussy") he meant 18 years old. When asked if WILSON engaged in sexually explicit FaceTime calls with CV, he stated there were times when he was masturbating, but his penis was not visible in the video calls, and that while he was masturbating, CV was "doing the same thing" the was doing. WILSON stated he took screen shots of CV during these calls but no longer had the screenshots. WILSON stated that CV acted like a child in that she wanted his attention and/or would call or message him frequently, as a child would. WILSON knew something wasn't right, but thinks that out of habit, he chose to ignore that she was a minor and continued with their communications.

18.    While executing the federal search warrant, the FBI identified several electronic devices belonging to WILSON, one of which was an iPhone 17, which WILSON stated he purchased approximately two weeks prior to the date of this affidavit. An on-site manual preview of the iPhone 17 showed the email address for the iCloud account used to communicate with CV and to send her virtual gifts.

19.    Based on the aforementioned facts, your Affiant respectfully submits that there is probable cause to believe that in February 2024, in the Western District of Texas and elsewhere,

**AASIM RASHED WILSON,** using any facility and means of interstate and foreign commerce knowingly induced, enticed, and coerced an individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, such as production of child pornography, or attempts to do so, in violation of Title 18, United States Code, Section 2422(b).

FURTHER AFFIANT SAYETH NOT,

GLORIA GUTIERREZ

Digitally signed by
GLORIA GUTIERREZ
Date: 2025.12.12
08:41:43 -06'00'

Gloria Gutierrez, Special Agent, FBI
San Antonio, Texas

Subscribed and sworn to telephonically on the ___12th___ day of ___December___ 2025.

THE HONORABLE ELIZABETH CHESTNEY
UNITED STATES MAGISTRATE JUDGE